STATE OF CONNECTICUT *v.* KRISTA LAFOUNTAIN

The defendant's petition for certification for appeal from the Appellate Court, 127 Conn. App. 819 (AC 31549), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Adele V. Patterson*, senior assistant public defender, in support of the petition.

Decided June 23, 2011

FRANCIS ANDERSON *v.* COMMISSIONER OF CORRECTION

The petitioner Francis Anderson's petition for certification for appeal from the Appellate Court, 127 Conn. App. 538 (AC 32101), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the defendant was not deprived of his constitutional right to effective assistance of counsel when both the defendant and a codefendant were represented by a different attorney from the same public defender's office?"

The Supreme Court docket number is SC 18808.

*Robert J. McKay*, special public defender, in support of the petition.

*Tamara Grosso*, special deputy assistant state's attorney, in opposition.

Decided June 23, 2011